UNTED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

October 4, 2012

No. 11-3859

GRANT MANUFACTURING & ALLOYING, INC.

Appellant.

v.

GREGORY MCILVAIN; DARRYL WILLIAMS

(E.D. PA No. 2-08-cv-00259)

Before:   SCIRICA, ROTH and BARRY, Circuit Judges

Letter Motion by Attorney, Thomas D. Rees, Esq. for Appellee, Darryl Williams to Amend Opinion dated October 2, 2012.
_____

The foregoing letter motion of Appellee is **granted,** and the opinion dated

October 2, 2012, is amended, as follows:

On page 2, line 1, delete "Grant" and replace with

"McIlvain and Williams".

By the Court,

/s/ Jane R. Roth
Circuit Judge

Dated:  October 10, 2012
cc:    Robert T. Vance, Jr., Esq.
       Thomas D. Rees, Esq.
       Roger J. Harrington, Jr., Esq.
       Mark A. Kearney, Esq.